**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ 2nd _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Luis Bautista Gonzalez          JOINT DEBTOR: _____          CASE NO.: 22-12527-CLC

SS#: xxx-xx- 9930                              SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $186.78 for months 1 to 17 ;
2. $444.15 for months 18 to 60 ;
3. $0.00 for months ___ to ___ ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☒ NONE   ☒ PRO BONO

## III. TREATMENT OF SECURED CLAIMS   ☐ NONE

**A. SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Mortgage Assets Management, LLC.

   Address: P.O. Box 24606
   West Palm Beach, FL 33416

   Arrearage/ Payoff on Petition Date   $6,964.18
   Arrears Payment (Cure)   $123.62   /month (Months 1 to 17)
   Arrears Payment (Cure)   $113.08   /month (Months 18 to 60)

   Last 4 Digits of Account No.: 2699

   Other: Reverse Mortgage

LF-31 (rev. 04/01/22)                              Page 1 of 3

Debtor(s): Luis Bautista Gonzalez   Case number: 22-12527-CLC

- [■] Real Property
  - [■] Principal Residence
  - [ ] Other Real Property

  Check one below for Real Property:
  - [ ] Escrow is included in the regular payments
  - [■] The debtor(s) will pay   [■] taxes   [■] insurance directly

  Address of Collateral:
  18155 SW 95th Court
  Palmetto Bay, FL 33157

  - [ ] Personal Property/Vehicle

  Description of Collateral:

2. Creditor: Mortgage Assets Management, LLC.

   Address: P.O. Box 24606
   West Palm Beach, FL 33416

   Arrearage/ Payoff on Petition Date: $3,578.40 (post confirmation force placed insurance)
   Arrears Payment (Cure): $37.58 /month (Months 10 to 17)
   Arrears Payment (Cure): $68.36 /month (Months 18 to 60)

   Last 4 Digits of Account No.: 2699

   Other: Reverse Mortgage, post confirmation force placed insurance $3,578.40

   - [■] Real Property
     - [■] Principal Residence
     - [ ] Other Real Property

   Check one below for Real Property:
   - [ ] Escrow is included in the regular payments
   - [■] The debtor(s) will pay   [■] taxes   [■] insurance directly

   Address of Collateral:
   18155 SW 95th Court
   Palmetto Bay, FL 33157

   - [ ] Personal Property/Vehicle

   Description of Collateral:

3. Creditor: Mortgage Assets Management, LLC.

   Address: P.O. Box 24606
   West Palm Beach, FL 33416

   Arrearage/ Payoff on Petition Date: $9,560 (post 1st modified plan force placed insurance)
   Arrears Payment (Cure): $222.33 /month (Months 18 to 60)

   Last 4 Digits of Account No.: 2699

   Other: Reverse Mortgage, post 1st modified plan force placed insurance $9,560

   - [■] Real Property
     - [■] Principal Residence
     - [ ] Other Real Property

   Check one below for Real Property:
   - [ ] Escrow is included in the regular payments
   - [■] The debtor(s) will pay   [■] taxes   [■] insurance directly

   Address of Collateral:
   18155 SW 95th Court
   Palmetto Bay, FL 33157

   - [ ] Personal Property/Vehicle

   Description of Collateral:

    B. **VALUATION OF COLLATERAL:**   [■] NONE

    C. **LIEN AVOIDANCE**   [■] NONE

    D. **SURRENDER OF COLLATERAL:**   [■] NONE

    E. **DIRECT PAYMENTS**   [■] NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   [■] NONE

Debtor(s): Luis Bautista Gonzalez    Case number: 22-12527-CLC

**V.   TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

   **A.** Pay    $0.00    /month (Months  1  to 60 )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   **B.** ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   **C.** SEPARATELY CLASSIFIED:    ☒ NONE

**VI.   STUDENT LOAN PROGRAM**    ☒ NONE

**VII.   EXECUTORY CONTRACTS AND UNEXPIRED LEASES**    ☒ NONE

**VIII.   INCOME TAX RETURNS AND REFUNDS:**

   ☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**IX.   NON-STANDARD PLAN PROVISIONS** ☐ NONE

   ☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

   The debtor will modify the plan to provide for the distribution of funds recovered from his pending lawsuit which are not exempt to the unsecured creditors.

   ☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____    Debtor    _____    _____    Joint Debtor    _____
Luis Bautista Gonzalez                     Date                                                                    Date

Jose Sabatier                               July 19, 2023
_____                _____
                                            Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.